RECEIVED

JUL - 5 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| ROY THIBODEAUX | * | CIVIL ACTION NO. 03-1883 |
| VERSUS | * | JUDGE MELANÇON |
| VAMOS OIL & GAS CO., ET AL | * | MAGISTRATE JUDGE HILL |

## ORDER AWARDING FEES AND COSTS

Counsel representing defendant, Vamos Oil & Gas, LLC ("Vamos"), filed an Affidavit of Fees and Costs (Rec. doc. 94) on June 9, 2005, in accordance with the instructions of this Court within the Ruling entered May 26, 2005. (Rec. doc. 93). Having reviewed the Affidavit submitted by Kevin P. Merchant, and having determined that the fees and costs requested of $449.50 for the motion to compel are excessive[1] and should be reduced accordingly, **IT IS ORDERED that defendant, DPR International, LLC d/b/a Axxis Drilling, shall forward payment to Vamos, through its counsel of record, in the sum of $250.00 within thirty (30) days following receipt of this order.**

---

[1] The court uses the time records submitted as a benchmark and should exclude any hours expended that are *"excessive*, duplicative or inadequately documented." (emphasis added). *Watkins v. Fordice*, 7 F.3d 453, 457 (5th Cir. 1993), *on remand*, 852 F.Supp. 542 (S.D. Miss. 1994), *aff'd*, 49 F.3d 728 (5th Cir. 1995); *Police Ass'n of New Orleans v. City of New Orleans*, 951 F.Supp. 622, 627 (E.D. La. 1997). The undersigned finds that the billing of 3.1 hours by the attorney for an unopposed motion to compel is excessive, and reduces the award accordingly.

Signed this 5 day of July, 2005, at Lafayette, Louisiana.

C. Michael Hill
_____
C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE