PRESENT: HON. TUCKER L. MELANÇON, JUDGE, Presiding     Date: May 12, 2006
         LaRae Bourque , Court Reporter
         Paula S. Jordan , Minute Clerk

COURT OPENED: 2:00 P.M.      COURT ADJOURNED: 3:43 P.M.

---

MINUTES OF COURT

---

CASE NO. 03cv1883     JUDGE: MELANÇON     MAGISTRATE JUDGE HILL

THIBODEAUX, ET AL     VS.     VAMOS OIL & GAS CO, ET AL

APPEARANCES

| | | |
|---|---|---|
| Blaine Barrilleaux | FOR | Thibodeaux, et al |
| Vanessa Servat | FOR | Axxis Drilling |
| Steven Perry & Randy Theunissen | FOR | Liberty Mutual Insurance |
| Frank Barber & Cameron Simmons | FOR | Maxum Services |
| | FOR | |

---

CASE CALLED FOR     FILINGS:
X   Hearing on motions
__ Jury selection only
__ Trial without jury 1st day
__ Other

---

PROCEEDINGS:

| | | |
|---|---|---|
| __ | Witnesses sequestered | JURORS SELECTED & SWORN TO TRY CASE: |
| __ | Opening statement - plaintiff | (1) |
| __ | Opening statement - defendant | (2) |
| __ | Testimony & evidence for pltf., not concluded | (3) |
| __ | Testimony & evidence for deft., not concluded | (4) |
| __ | Rebuttal testimony & evidence, not concluded | (5) |
| __ | Evidence closed | (6) |
| __ | Evidence left open for_____ | (7) |
| __ | Case argued | (8) |
| __ | Jury instructed | (9) |
| __ | Alternate juror(s) excused | (10) |
| __ | Jury deliberations began at * .M. | (11) |
| __ | Jury verdict returned at *.M. | (12) |
| __ | Jury polled | (Alt) |
| __ | Case ruled on by the Court - See below | (Alt) |
| __ | Case taken under advisement | |
| __ | Briefing times - See below | |
| __ | Mistrial declared | |

---

VERDICT, RULING, COMMENTS:
Settlement Conference held.

This case came on for hearing on a Motion for Expedited Hearing on plaintiff's request for medical benefits [Doc.#151], filed on May 5, 2006. Plaintiff's request for medical benefits is DENIED AS MOOT based on the parties' argument as stated on the record.

Oral Motion to Withdraw the Motion for Summary Judgment On Jones Act Seaman Status [Doc.#156], on behalf of DPR International, argued and IT IS ORDERED that said motion is hereby GRANTED.

IT IS FURTHER ORDERED that Medical Reports are filed in the record within 5 days of receipt by the parties with a copy to the Court.

IT IS FURTHER ORDERED that plaintiff present himself at the time designated by Dr. Foster.